AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2026

SEAN F. MCAVOY, CLERK

JARED LEE GOSNEY and TESSA MARI GOSNEY
*Plaintiff*
v.
DEA TRI-CITIES RESIDENT OFFICE, TRICITIES METRO DRUG TASK FORCE, and CITY OF RICHLAND
*Defendant*

Civil Action No. 4:25-cv-05143-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other: Pursuant to the Court's Order filed at ECF No 8, this action is DISMISSED WITHOUT PREJUDICE for failing to pay the filing fee.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge JAMES A. GOEKE

Date: 11/3/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*